UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LISA ALLEN,

    Plaintiff,

vs.

STERLING & KING, INC.; and DOES 1-10, inclusive,

    Defendants.
_____/

CASE NO: 10-998

MAY 3 2010

MICHAEL E. [illegible], Clerk
By_____Dep. Clerk

## MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

COME NOWS, Defendant, STERLING & KING, INC. ("Defendant"), *pro se*, and moves for an extension of time to file responsive pleadings to the Complaint of Plaintiff, LISA ALLEN. In support thereof, Defendant states as follows:

1. Defendant is a Florida corporation.

2. Defendant requires an additional forty-five (45) days to answer Plaintiff's Complaint in order to either retain local Pennsylvania counsel or to have its Florida counsel admitted *Pro Hac Vice* to the United States District Court, Eastern District of Pennsylvania.

2. Defendant requests that it be given an extension of time until June 14, 2010 to file responsive pleadings to Plaintiff's Complaint.

WHEREFORE, Defendant, STERLING & KING, INC., respectfully requests that this Court enter an order granting it an extension of time to file responsive pleadings to the Complaint and award such other and further relief as is just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via facsimile (877) 795-3666 and U.S. Mail to Jody Burton, Esquire, 1100 Summer Street, 3rd Floor, Stamford Connecticut 06905 on this 28th day of April, 2010.

Paula Keenan
As Authorized Representative of Defendant,
Sterling & King, Inc.
Post Office Box 300369
Fern Park, Florida 32730
P: 407-339-9033