IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA ALLEN | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-998 |
| STERLING & KING, INC., et al. | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 4th day of May, 2010, it is **hereby ORDERED** that Defendant's Motion for an Extension of Time to Answer Complaint (Doc. No. 3) is **DENIED.**

AND IT IS SO ORDERED.

*/s/ Paul S. Diamond*

**Paul S. Diamond, J.**